# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. BOWLES,<br><br>    Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY;<br>LEPRINO FOODS DAIRY PRODUCTS COMPANY,<br><br>    Defendants. | CASE NO. 1:19-cv-00635-AWI-BAM<br><br>ORDER DENYING PARTIES' STIPULATION TO RESCHEDULE HEARING DATE AND FILING DEADLINES ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>(Doc. Nos. 11, 15) |

    The hearing on Defendants' motion for judgment on the pleadings (Doc. No. 11) is currently scheduled for July 29, 2019. The parties stipulated to reschedule and continue the hearing to August 12, 2019, to accommodate Plaintiff's attorney's schedule. The parties also stipulated to reschedule and continue the deadlines for any opposition and reply to July 22, 2019, and August 5, 2019, respectively. In their stipulation, the parties indicated that Defendants' stipulation was contingent on the Court adopting the specific hearing date and filing deadlines proposed above.

    Due to the Court's schedule, the Court will not conduct the hearing on Defendants' motion on August 12, 2019. For this reason, the parties' stipulation is DENIED. The Court notes, however, that it can likely conduct the hearing on Defendants' motion on Monday, August 26, 2019, or on any Monday in September 2019, except September 2, should the parties so agree.

IT IS SO ORDERED.

Dated:   July 12, 2019                       /s/ Signature

                                                      SENIOR DISTRICT JUDGE