# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. BOWLES,<br><br>Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY; LEPRINO FOODS DAIRY PRODUCTS COMPANY,<br><br>Defendants. | CASE NO. 1:19-cv-00635-AWI-BAM<br><br>**ORDER GRANTING PARTIES' STIPULATION TO RESCHEDULE HEARING DATE AND FILING DEADLINES ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>(Doc. Nos. 11, 18) |

The hearing on Defendants' motion for judgment on the pleadings (Doc. No. 11) is currently scheduled for July 29, 2019. The parties stipulated to reschedule and continue the hearing to September 16, 2019, to accommodate Plaintiff's attorney's schedule. The parties also stipulated to reschedule and continue the deadlines for any opposition and reply to August 12, 2019, and September 9, 2019, respectively.

For good cause shown, the parties' stipulation will be granted.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that the hearing on Defendants' motion for judgment on the pleadings (Doc. No. 11) is continued to September 16, 2019; the deadline to file an opposition or non-opposition is August 12, 2019; and the deadline to file any reply is September 9, 2019.

IT IS SO ORDERED.

Dated: July 19, 2019

SENIOR DISTRICT JUDGE