| | |
|---|---|
| 1 | James R. Hawkins, Esq. SBN 192925 |
| 2 | James@Hawkinsaplc.com |
|   | Isandra Fernandez, Esq. SBN 220482 |
| 3 | Isandra@Hawkinsaplc.com |
|   | **JAMES HAWKINS APLC** |
| 4 | 9880 Research Drive, Suite 200 |
|   | Irvine, CA 92618 |
| 5 | TEL: (949) 387-7200 |
|   | FAX: (949) 387-6676 |
| 6 | |
| 7 | Attorneys for Plaintiff, STEVEN D. BOWLES |
|   | on behalf of himself and all others similarly situated |
| 8 | |
|   | Lisa M. Pooley, Esq. SBN 168737 |
| 9 | lpooley@hansonbridgett.com |
|   | HANSON BRIDGETT LLP |
| 10 | 425 Market St., 26th Floor |
|    | San Francisco, CA 94105 |
| 11 | TEL: (415) 777 3200 |
|    | FAX: (415) 541 9366 |
| 12 | |
| 13 | Attorneys for Defendants, LEPRINO FOODS COMPANY |
|    | LEPRINO FOODS DAIRY PRODUCTS COMPANY |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| STEVEN D. BOWLES on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEPRINO FOODS COMPANY, a Colorado corporation, LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado corporation and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No. 1:19-cv-00635-AWI-BAM**<br><br>**STIPULATION TO REQUEST CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE AND ORDER**<br><br>Courtroom: 8<br><br>Magistrate Judge: Hon. Barbara A. McAuliffe |

Plaintiff Steven D. Bowles ("Plaintiff") and Defendants Leprino Foods Company and Leprino Foods Dairy Products Company (collectively "Defendants"), by and through their respective counsel of record, hereby respectfully submit this stipulation to request continuance of the initial scheduling conference, currently calendared for October 16, 2019, to November 13, 2019. This stipulation is based on the following:

1. On February 26, 2019, Plaintiff filed this wage and hour class action lawsuit on behalf of himself and all current and former employees of Defendants. Plaintiff's Complaint was filed in King County Superior Court, and the action was removed to this Court on May 9, 2019.

2. Defendants are parties to several first-filed, pending class actions involving the same or similar wage and hour claims asserted in this action, including: *Finder v. Leprino Foods Co., et al.* ("*Finder*"), *Talavera v. Leprino Foods Co., et al.* ("*Talavera*"), *Perez v. Leprino Foods Co., et al.* ("*Perez*"), *Vazquez v. Leprino Foods Co., et al.* ("*Vazquez*"), *Howell v. Leprino Foods Co., et al.* ("*Howell*"), and *Null v. Leprino Foods Co., et al.* ("*Null*").

3. On June 27, 2019, Defendants filed a Motion for Judgment on the Pleadings to request that the Court dismiss or stay this action based on the previously filed class actions. The hearing was set for July 29, 2019 at 1:30 p.m. before Judge Anthony W. Ishii. Thereafter, by stipulation of the parties, the hearing on Defendants' Motion for Judgment on the Pleadings was continued to September 16, 2019.

4. On August 12, 2019, the parties agreed to and filed a Stipulation and Joint Motion to Stay Action Pending Resolution of the First-Filed Class Actions and to withdraw Defendants' Motion for Judgement on the Pleadings. On September 11, 2019, Judge Ishii issued an order denying the parties' request to stay this lawsuit, without prejudice.

5. In light of the foregoing, the parties are considering how to proceed with this litigation, including, but not limited to, possibly seeking to consolidate this action with one or more of the related cases. As such, the parties need additional time before they can effectively address the subjects required by Rule 26(f), the local rules, and this Court's Order Setting Mandatory Scheduling Conference.

For the foregoing reasons and in order to preserve judicial economy, the parties stipulate to

continue the October 16, 2019 Initial Scheduling Conference to November 13, 2019.

**IT IS SO STIPULATED.**

Dated: October 9, 2019

                                  JAMES HAWKINS APLC

                                  By:  */s /Isandra Y. Fernandez*_____
                                             Isandra Y. Fernandez

Attorneys for Plaintiff, STEVEN D. BOWLES
on behalf of himself and all others similarly situated

Dated: October 9, 2019

                                  HANSON BRIDGETT LLP

                                  By:  */s/ Lisa M. Pooley*_____
                                             Lisa M. Pooley

Attorneys for Defendants LEPRINO FOODS
COMPANY and LEPRINO FOODS DAIRY
PRODUCTS COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2019 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Eastern District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: October 9, 2019
/s/ *Isandra Y. Fernandez*
Isandra Y. Fernandez

**ORDER**

Pursuant to the stipulation of the Parties, and for good cause shown, the Initial Scheduling Conference currently set for October 16, 2019, is HEREBY CONTINUED to **November 13, 2019 at 9:30 AM in Courtroom 8 (BAM)** before the undersigned. A joint scheduling report shall be filed, and a copy shall be emailed, in Word format, to bamorders@caed.uscourts.gov, one week prior to the scheduling conference. The parties may appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in 1-877-411-9748**; **access code 3190866.**

IT IS SO ORDERED.

Dated: **October 10, 2019**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE