UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. BOWLES on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY, a Colorado corporation, LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado corporation and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00635-JLT-BAM<br><br>**[PROPOSED] ORDER OF DISMISSAL OF PLAINTIFF'S LAWSUIT WITHOUT PREJUDICE** |

//
//
//
//
//
//
//
//

1

[PROPOSED] ORDER OF DISMISSAL OF PLAINTIFF'S LAWSUIT WITHOUT PREJUDICE

On August 21, 2024, the parties in this action filed a stipulation of dismissal of the action without prejudice, with each party to bear their own fees and costs. (Doc. 65.) The parties note that final approval was granted in *Vazquez, et al. v. Leprino Foods Company, et al*., Case No. 1:17-cv-00796-JLT-BAM, and that the instant *Bowles* lawsuit is completely subsumed by the *Vasquez* settlement. (*Id.* at 2.) The parties further note that no notice has been provided to the putative class members in the *Bowles* action, that they are unaware of any media attention given to the matter, that there are no rapidly approaching statute of limitation issues, that there are no class interests conceded, and that no notice need be provided to the putative class members as those points were already provided for in the *Vasquez* matter. (*Id.*) The parties state that dismissal of the matter will not prejudice the putative class members as the class claims in this matter have already been approved or resolved in prior cases. (*Id.*)

In light of the stipulated dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). This Court VACATES all pending dates and matters, including the status conference set for September 11, 2024. The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **August 28, 2024**        /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE